UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) Case Nos.   CR115-053, USA v. Jones |
| | ) |
| LEAVE OF ABSENCE REQUEST | ) |
| | ) |
| ABDREW M. MAGRUDER | ) |
| September 10-11, 2015 | ) |
| September 17-18, 2015 | ) |
| October 28-30, 2015 | ) |

### ORDER

**Andrew M. Magruder** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Andrew M. Magruder** be granted leave of absence for the following periods: **September 10, 2015 through September 11, 2015; September 17, 2015 through September 18, 2015; and October 28, 2015 through October 30, 2015.**

This __18th__ day of August, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia